| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEYS FOR, OR PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER |
|---|
| Michael Hornak (SBN 81936)/Michael Adams (SBN 185835)<br>RUTAN & TUCKER, LLP<br>611 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626-1931<br>Tel. 714-641-5100<br>Fax 714-546-9035<br>ATTORNEYS FOR AMERICAN AUTOMOBILE ASSOCIATION, INC. |

ORIGINAL FILED
AUG 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## ~~CENTRAL~~ Northern DISTRICT OF CALIFORNIA

| AMERICAN AUTOMOBILE ASSOCIATION, INC., a Connecticut corporation<br>Plaintiff(s)<br>v.<br>TEMPLE MYRON EARLE, JR., an individual doing business as AAA MICHAEL TILLES BAIL BOND SERVICE, an entity of unknown form; AAA MICHAEL TILLES BAIL BOND SERVICE, an entity of unknown form; and DOES 1 through 10, inclusive<br>Defendant(s). | CASE NUMBER<br>C08-03969 EMC<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for AMERICAN AUTOMOBILE ASSOCIATION, INC.
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| AMERICAN AUTOMOBILE ASSOCIATION, INC. | PLAINTIFF |
| TEMPLE MYRON EARLE, JR. | DEFENDANT |
| AAA MICHAEL TILLES BAIL BOND SERVICE | DEFENDANT |

Date August 19, 2008

Sign
Michael Adams, RUTAN & TUCKER, LLP

Attorneys for American Automobile Association, Inc.
Attorney of record for or party appearing in pro per

---

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)

American LegalNet, Inc.
www.USCourtForms.com